LAW OFFICES OF ALLEN A. KOLBER, ESQ.
Attorneys for Debtors
134 Rt. 59, Suite A
Suffern, NY 10901
(845) 918-1277
(AK0243)

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | Presentment Date and Time:<br>April 4, 2019 at 10:00 am |

-----------------------------------------------------------------X
IN RE:

PHILIP GOTTDENGER                             Chapter    13
aka PINCHES ELIEZER GODINGER,       Case No.: 19-22118-rdd

                Debtor.
-----------------------------------------------------------------X

### NOTICE OF PRESENTMENT OF DEBTORS' MOTION
### TO VOID JUDICIAL LIENS PURSUANT TO 11 U.S.C. § 522(f)(1)

S I R S:

**PLEASE TAKE NOTICE** that the undersigned, being the attorneys for the above referenced Debtor, hereby moves the Court for an Order pursuant to Federal Rules of Bankruptcy Procedure ("FRBP") Rule 9014, and 11 U.S.C. § 522(f)(1) voiding the fixing of certain judicial liens on the Debtor's interest in real property located at **26 Dana Road, Monsey, NY 10952** to the extent that such liens impair the Debtor's exemption in said real property, on presentment to the Honorable Robert D. Drain, United States Bankruptcy Judge, at 300 Quarropas Street, White Plains, New York 10601, on the _____**day of February, 2019 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that pursuant to FRBP Rule 9014 and Local Bankruptcy Rule 9013-4, if you intend to oppose the Motion, you must serve on the Debtor's counsel and file with the Clerk of the Bankruptcy Court, written opposition to the Motion not later than three (3) business days prior to the return date of this Motion. In the event no written opposition is served and filed, no hearing on the Motion will be held before the Court on the return date, and the Court will consider the Motion as unopposed.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice.  The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated: Rockland County, New York
       March 20, 2019

                                      LAW OFFICES OF ALLEN A. KOLBER, ESQ.

                                      By: */s/ Allen A. Kolber*_____
                                            Allen A. Kolber, Esq. (AK0243)
                                            Attorneys for Debtor Philip Gottdenger
                                            134 Rt. 59, Suite A
                                            Suffern, NY  10901
                                            (845) 918-1277

TO:    Krista M. Preuss, Esq.
           Chapter 13 Trustee
           399 Knollwood Road, Suite 102
           White Plains, NY 10603

           U.S. Trustee
           U.S. Federal Office Building
           201 Varick Street, Room 1006
           New York, NY 10014

           Joel D. Leiderman, Esq.
           Forster & Garbus, LLP
           Attorneys for Atlantic Credit & Finance Special Finance Unit, LLC A/P/O Citibank N.A.
           in State Court action
           60 Vanderbilt Motor Pkw
           Commack, NY 11725

           Atlantic Credit & Finance Special Finance Unit, LLC A/P/O Citibank N.A.
           Attn:  President
           3353 Orange Avenue, NE
           Roanoke, VA 24012

           Irwin S. Kirschenbaum, Esq.
           Kirschenbaum & Phillips, P.C.
           Attorneys for Discover Bank in State Court action
           40 Daniel Street, Suite 7
           P.O. Box 9000
           Farmingdale, NY 11735-9000

Discover Bank
Attn: President
6500 New Albany Road East
New Albany, OH 43054

Leopold Gross, Esq.
Leopold Gross, PLLC
Attorneys for Joel Spilman, as attorney-in-fact
on behalf of Moshe Spilman, Yuda Schlesinger,
Samuel Landau and Motty Heiman,in State Court action
26 Court Street, Suite 1200
Brooklyn, NY 11242

Joel Spilman
235 Hooper Street
Brooklyn, NY 11211

Moshe Spilman
121 Wilson Street, Apt. 3D
Brooklyn, NY 11249

Yuda Schlesinger
626 Wythe Place, Apt. 7L
Brooklyn, NY 11249

Samuel Landau
103 Division Avenue
Brooklyn, NY 11249

Motty Heiman
146 Middleton Street, Apt. 4B
Brooklyn, NY 11206

**ALL PARTIES WHO HAVE FILED A NOTICE OF APPEARANCE IN THIS CASE AND PARTIES OF INTEREST LISTED ON THE ANNEXED SERVICE LIST**

| UNITED STATES BANKRUPTCY COURT | Presentment Date and Time: |
| --- | --- |
| SOUTHERN DISTRICT OF NEW YORK | April 4, 2019 at 10:00 am |

_____x
IN RE:

PHILIP GOTTDENGER,                               Chapter 13
aka PINCHES ELIEZER GODINGER,          Case No. 19-22118(rdd)

                    Debtor.
_____x

## **MOTION TO VOID JUDICIAL LIENS PURSUANT TO 11 U.S.C. § 522(f)(1)**

Debtor PHILIP GOTTDENGER, by his attorneys, LAW OFFICES OF ALLEN A. KOLBER, ESQ., respectfully represents:

1. Debtor PHILIP GOTTDENGER filed a Voluntary Petition for relief pursuant to Chapter 13 of the Bankruptcy Code on January 24, 2019.

2. The Debtor is the owner of certain real property located at 26 Dana Road, Monsey, NY 10952. A copy of the Deed is annexed hereto as Exhibit "A".

3. **Appraisal of Residential Real Estate**

4. On or about January 29, 2019, Yehuda Gestetner of Capital Ventures Group Inc., a New York State Certified General Appraiser, performed an Appraisal of said property and determined it to have a fair market value of $450,000. Annexed hereto as Exhibit "B" is a copy of said Appraisal.

5. Based on the foregoing Appraisal, Debtor submits that the fair market value of the herein premises is $450,000.

   **Mortgage on the Residential Real Estate**

6. At the time of the filing of the Petition herein, said property was encumbered by a mortgage in favor of **Wells Fargo Home Mortgage ("Wells Fargo")** with an alleged balance of $299,618.42. (Attached hereto as Exhibit "C is a copy of a Wells Fargo mortgage statement showing a principal balance due of $299,618.42 at the time of the bankruptcy filing.)

7. Pursuant to Civil Practice Law and Rule § 5206 and Debtor and Creditor Law Article 10A, Debtor PHILIP GOTTDENGER would be entitled to an exemption of $170,825.00 in the residential real property, totaling $170,825.00 in Homestead exemption.

**ATLANTIC CREDIT & FINANCE  Judgment and Judicial Lien**

8. The property is encumbered by a pre-Petition judicial lien in favor of ATLANTIC CREDIT & FINANCE SPECIAL FINANCE UNIT, LLC A/P/O CITIBANK N.A. in the sum of $2,924.63 against PHILIP GOTTDENGER. A Judgment was filed in the Rockland County Clerk's Office on March 17, 2015and recorded as Instrument No. 2015-00007559. A copy of said Judgment filed by ATLANTIC CREDIT & FINANCE is annexed hereto as Exhibit "D".

**DISCOVER BANK Judgment and Judicial Lien**

9. The property is also encumbered by a pre-Petition judicial lien in favor of DISCOVER BANK ("DISCOVER") in the sum of $6,869.62 against PHILIP GOTTDENGER. A Judgment was filed in the Rockland County Clerk's Office on July 11, 2017 and recorded as Instrument No. 2017-00022546. A copy of said Judgment filed by DISCOVER is annexed hereto as Exhibit "E".

**JOEL SPILMAN Judgment and Judicial Lien**

10. The property is also encumbered by a pre-Petition judicial lien in favor of JOEL SPILMAN, AS ATTORNEY-IN-FACT ON BEHALF OF MOSHE SPILMAN, YUDA SCHLESINGER, SAMUEL LANDAU and MOTTY HEIMAN ("SPILMAN") in the sum of $420,408.64 against PHILIP GOTTDENGER a/k/a PINCHES ELIEZER GODINGER. A Transcript of Judgment was filed in the Rockland County Clerk's Office on January 3, 2019 and recorded as Instrument No. 2019-00000255. A copy of said Judgment filed by SPILMAN is annexed hereto as Exhibit "F".

**The Judgments and Judicial Liens impair the Debtor's Homestead Exemption.**

11. Section 522(f)(1) of the United States Bankruptcy Code allows the Debtor to avoid the fixing of a judicial lien "on an interest of the debtor property to the extent that such lien impairs an exemption to which the debtor would have been entitled . . . ."

12. The mortgage encumbering the real property is an unavoidable encumbrance totaling $299,618.42. The Debtor's property has a fair market value of $450,000. Therefore, there is $150,381.58 equity in said property.

13. The Debtor is entitled to an exemption of $170,825.00 in the residential real property, totaling $170,825.00 in Homestead exemption.

14. Accordingly, the liens of the judgment creditors impair the exemption to which the Debtor is entitled pursuant to Civil Practice Law and Rule § 5206 and the Debtor and Creditor Law Article 10A. See annexed "Calculation Page" for further particularization.

15. Accordingly, pursuant to 11 U.S.C. § 522(f)(1), the Debtor may fully avoid the judicial lien of:

    a. Atlantic Credit & Finance Special Credit Unit, LLC A/P/O Citibank, N.A. in the sum of $2,924.63

    b. Discover Bank in the sum of $6,869.62

    c. Joel Spilman, as attorney-in-fact on behalf of Moshe Spilman, Yuda Schlesinger, Samuel Landau and Motty Heiman in the sum of $420,408.64

16. Because there are no new or novel issues of law involved in this Motion, it is requested that the filing of a Memorandum of Law, pursuant to Local Rule 9013-1(b) be dispensed with.

**WHEREFORE,** Debtor PHILIP GOTTDENGER respectfully requests that an Order be entered avoiding the judicial liens held by:

    a. Atlantic Credit & Finance Special Credit Unit, LLC A/P/O Citibank, N.A. in the sum of $2,924.63

    b. Discover Bank in the sum of $6,869.62

    c. Joel Spilman, as attorney-in-fact on behalf of Moshe Spilman, Yuda Schlesinger, Samuel Landau and Motty Heiman in the sum of $420,408.64

in accordance with the foregoing, pursuant to 11 U.S.C. § 522(f)(1), and for such other and further relief as to the Court may seem just and proper.

Dated: Rockland County, New York
      March 20, 2019

                                LAW OFFICES OF ALLEN A. KOLBER, ESQ.

                                By: */s/ Allen A. Kolber*_____
                                     Allen A. Kolber, Esq. (AK0243)
                                     Attorneys for Debtor PHILIP GOTTDENGER
                                     134 Rt. 59, Suite A
                                     Suffern, NY  10901
                                     (845) 918-1277

# CALCULATION PAGE

| | |
|---|---|
| Market value of property | $450,000.00 |
| Non-avoidable encumbrances (i.e. mortgages) | |
| **WELLS FARGO LOAN SERVICING, LLC** | $299,618.42 |
| **Equity in Debtors' property** | $150,381.58 |
| Exemptions available to Debtor<br>11 U.S.C. (f)(2)(A)(iii) | <u>$170,825.00</u> |

****Debtor's equity in the residence would be fully exempted by the $170,825 Homestead Exemption.

The following judgments and liens would impair the Debtor's Homestead Exemption:

      a. Atlantic Credit & Finance Special Credit Unit, LLC A/P/O Citibank, N.A. in the sum of $2,924.63

      b. Discover Bank in the sum of $6,869.62

      c. Joel Spilman, as attorney-in-fact on behalf of Moshe Spilman, Yuda Schlesinger, Samuel Landau and Motty Heiman in the sum of $420,408.64

| | |
|---|---|
| The liens sought to be avoided<br>11 U.S.C. § 522(f)(2)(A)(i) | $430,202.89 |

********CONCLUSION: This judgments impair the Debtor's ability to claim the Homestead Exemption, and should be avoided.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
———————————————————————x

In Re:

PHILIP GOTTDENGER,

                Debtor.

**Chapter 13**

**Case No. 19-22118(rdd)**

———————————————————————x

## APPLICATION OF DEBTOR PHILIP GOTTDENGER

PHILIP GOTTDENGER, being duly affirmed, deposes and states under the penalties of perjury:

1. On January 24, 2019, I filed a Voluntary Chapter 13 Petition.

2. I am the owner of certain real property located at 26 Dana Road, Monsey, NY 10952. A copy of the Deed is annexed hereto as Exhibit "A".

3. On or about January 29, 2019, Yehuda Gestetner of Capital Ventures Group Inc., a New York State Certified General Appraiser, performed an Appraisal of said property and determined it to have a fair market value of $450,000. Annexed hereto as Exhibit "B" is a copy of said Appraisal.

4. At the time of the filing of my Petition herein, said property was encumbered by a mortgage in favor of Wells Fargo Home Mortgage with an alleged balance of $299,618.42. (Attached hereto as Exhibit "C is a copy of a Wells Fargo mortgage statement showing a principal balance due of $299,618.42 at the time of the bankruptcy filing.)

**WHEREFORE**, I respectfully request that the Court grant my Motion to void the fixing of certain judicial liens on my interest in real property located at 26 Dana Road, Monsey, NY 10952, and for such other and further relief as to this Court may seem just and proper.

Dated: Rockland County, New York
March 20, 2019

                                                  /s/ *PHILIP GOTTDENGER*
                                                     PHILIP GOTTDENGER

*/s/Allen A. Kolber*
NOTARY PUBLIC, State of New York
No. 02KO4972647
Qualified in Rockland County
Commission Expires December 29, 2022

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

In Re:

PHILIP GOTTDENGER,

Debtor.

---------------------------------------x

Chapter 13

**Case No. 19-22118(rdd)**

## ORDER VOIDING JUDICIAL LIENS PURSUANT TO 11 U.S.C. § 522(f)(1)

Upon the Motion, by Notice of Presentment dated March 20, 2019 (the "Motion"), of the above Debtor, PHILIP GOTTDENGER, (the "Debtor"), by his attorneys, LAW OFFICES OF ALLEN A. KOLBER, ESQ., for an Order avoiding the judicial liens described therein and herein pursuant to 11 U.S.C. § 522(f); and there being due and sufficient notice of the Motion, including on each of the judicial lienors, and there being no objections to the requested relief, and no additional notice of or a hearing on the Motion being required under the circumstances; and, after due deliberation, the Court having found and concluded that the judicial liens described herein fully impair one or the other of the Debtor's Homestead Exemptions in respect of their interests in the real property known as and located at 26 Dana Road, Monsey, NY 10952 (the "Property"); and good and sufficient cause appearing, it is hereby

**ORDERED**, that the Motion is granted as provided herein; and it is further

**ORDERED**, that the fixing of each of the judicial liens listed below, entered against PHILIP GOTTDENGER., on the respective Debtor's interest in the Property and the proceeds thereof is avoided pursuant to 11 U.S.C. § 522(f):

| **Judgment Creditors**: | **Date Entered** | **Instrument No.** | **Amount** |
| --- | --- | --- | --- |
| Atlantic Credit & Finance Special Finance Unit, LLC A/P/O Citibank, N.A. | 3/17/15 | 2015-00007559 | $ 2,924.63 |
| Discover Bank | 711/17 | 20171-00022546 | $ 6,869.62 |
| Joel Spilman, as attorney-in-fact on behalf of Moshe Spilman, Yuda Schlesinger, Samuel Landau And Motty Heiman | 1/3/19 | 2019-00000255 | $420,408.64 |

and it is further

**ORDERED**, that the Clerk of the County of Rockland, New York shall mark on its records that the fixing of each of the foregoing judicial liens on the respective Debtor's interest in the Property and the proceeds thereof has been avoided by Bankruptcy Court Order; provided, that the Debtor may record a copy of this Order with such Clerk as alternative notice thereof; and it is further

**ORDERED,** that this Order shall constitute a separate Order with respect to each judicial lien avoided hereby.

Dated: White Plains, New York
_____, 2019

/s/_____
HON. ROBERT D. DRAIN
U.S. Bankruptcy Judge