UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
In Re:                                                    Chapter 13

PHILIP GOTTDENGER
a/k/a PINCHES ELIEZER GODINGER,          Case No. 19-22118(rdd)

            **Debtor.**
_____X

## NOTICE OF HEARING ON MOTION TO VOID JUDICIAL LIENS
## AND OBJECTION TO MOTION TO VOID JUDICIAL LIENS

PLEASE TAKE NOTICE THAT A HEARING ON DEBTOR'S MOTION TO VOID JUDICIAL LIENS (ECF DOCKET #17) AND OBJECTION TO MOTION TO VOID JUDICIAL LIENS (ECF DOCKET #19) HAS BEEN SCHEDULED FOR **MAY 8, 2019** AT **10:00 A.M**. AT THE U.S. BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK, 300 QUARROPAS STREET, WHITE PLAINS, NEW YORK 10601.

Dated:  Rockland County, New York
        April 4, 2019

                                        /s/  Allen A. Kolber
                                        ALLEN A. KOLBER, ESQ.
                                        Attorney for Debtor
                                        134 Route 59, Suite A
                                        Suffern, NY  10901
                                        (845) 918-1277

To:     Diana Uhimov, Esq.
        Allyn & Fortuna, LLP
        Attorneys for Judgment Creditor Joel Spilman
        1010 Avenue of the Americas, 3rd Floor
        New York, NY 10018
        212-213-8844