# Rockland County Clerk Recording Cover Sheet

Paul Piperato, County Clerk
1 South Main St., Ste. 100
New City, NY 10956
(845) 638-5070

First GRANTOR
ATLANTIC CREDIT & FINANCE SPECIAL FINANCE UNIT LLC
350 ORANGE AVE NE ROANOKE VA 24012

First GRANTEE
GOTTDENGER, PHILIP
25 DANA RD MONSEY, NY 10952

Index Type : Land Records
Instr Number : 2015-00007559
Book :                Page :

Type of Instrument : Judgment
Type of Transaction :
Recording Fee:            $0.00

Recording Pages :            2

Orig Instr #: SU-2014-065332

Recorded Information:
State of New York
County of Rockland

I hereby certify that the within and foregoing was recorded in the Clerk's office for Rockland County, New York

On (Recorded Date) : 05/7/2015
At (Recorded Time) : 9:18:31 AM



Paul Piperato, County Clerk

Doc Id - 03489237edc6e65e

INDEX NO. 035332/2014
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND
-----------------------------------------
ATLANTIC CREDIT & FINANCE
SPECIAL FINANCE UNIT, LLC
A/P/O CITIBANK N.A.

PLAINTIFFS,
AGAINST

PHILIP GOTTDENGER

DEFENDANTS.
-----------------------------------------

JUDGMENT ON DEFAULT

FILED
Mar 17 2015
ROCKLAND COUNTY
CLERK'S OFFICE

| | |
|---|---|
| AMOUNT CLAIMED IN COMPLAINT | $ 2,399.63 |
| LESS PMTS THRU | $ .00 |
| BALANCE OF CLAIM AMOUNT DUE | $ 2,399.63 |
| INTEREST WAIVED | $ .00 |
| ATTORNEYS FEES WAIVED | $ .00 |
| | $ 2,399.63 |
| COSTS BY STATUTE | 200.00 |
| SERVICE OF SUMMONS & COMP | 30.00 |
| FILING OF SUMMONS & COMP | 210.00 |
| MOTION FEE | |
| PROSPECTIVE EXECUTION FEE | 40.00 |
| FILING OF JUDGMENT | 45.00 |
| REQ JUD INT | |
| SATISFACTION PIECE | |
| SUBTOTAL | 525.00 |
| TOTAL | $ 2,924.63 |

* PURSUANT TO FDCPA, PLEASE TAKE    *
* NOTICE THAT FORSTER & GARBUS LLP   *
* IS A DEBT COLLECTOR.                *

JUDGMENT ENTERED ON:

JUDGMENT IS RENDERED IN FAVOR OF THE
PLAINTIFF
ATLANTIC CREDIT & FINANCE
SPECIAL FINANCE UNIT, LLC
A/P/O CITIBANK N.A.

3353 ORANGE AVE NE   ROANOKE   VA   24012
AND AGAINST THE FOLLOWING DEFENDANT(S)
PHILIP GOTTDENGER
26 DANA RD
MONSEY NY 10952

AS HEREIN ABOVE COMPUTED IN THE SUM
OF $ 2,924.63
AND IT IS ADJUDGED THAT THE PLAINTIFF
HAS EXECUTION THEREFORE.

PAUL PIPERATO                , CLERK
ROCKLAND COUNTY CLERK

STATE OF NY, COUNTY OF SUFFOLK  SS:
JOEL D. LEIDERMAN AFFIRMS TRUE UN-
DER PENALTY OF PERJURY: HE IS ASSOC
WITH PLAINTIFF'S ATTY, ADMITTED TO
PRACTICE IN NY;DISBURSEMENTS SPECI-
FIED HEREIN, HAVE BEEN OR WILL
NECESSARILY BE MADE OR INCURRED,ARE
REASONABLE IN AMOUNT; SERVICE OF
SUMMONS AND COMPLAINT HAS BEEN
MADE UPON DEFENDANT BY PERSONAL/SUB
-SERVICE AS APPEARS BY AFFIDAVIT
OR ACKNOWLEDGEMENT OF SERVICE. THE
TIME OF DEFENDANT/S TO APPEAR
OR ANSWER HAS EXPIRED AND THE DE-
FENDANT/S HAVE NOT APPEARED OR AN-
SWERED.THIS AFFIRMATION IS MADE IN
COMPLIANCE WITH 50 USCS APPX SECS
501 ET SEQ AND N.Y.M.L. 300-328.
THE DEFENDANT IS NOT AT THE
PRESENT TIME IN THE MILITARY OR
NAVAL SERVICE OF THE USA OR OF
ANY ALLIED NATION OF THE USA AS
SUCH TERM IS DEFINED BY THE ACTS OF
CONGRESS. I BASE SUCH STATEMENTS
ABOVE UPON THE FACTS STATED IN THE
ATTACHED DOD MANPOWER DATA REPORT.
AFFIRMANT GAVE ADDITIONAL
NOTICE OF THIS ACTION TO DEFENDANTS
BY MAILING A COPY OF THE SUMMONS
IN FIRST CLASS POSTAGE PAID
ENVELOPES MARKED "PERSONAL AND
CONFIDENTIAL" WITH NO INDICATION
THAT IT WAS FROM AN ATTORNEY OR
CONCERNED AN ALLEGED DEBT
ON            2/05/15
BY DELIVERING IT TO AN EMPLOYEE OF
THE USPS AT OUR OFFICES (USPS
DOMESTIC MAIL MANUAL SEC. 507
SUB 6.0 ET. SEQ.)
THE ENVELOPES WERE ADDRESSED TO

PHILIP GOTTDENGER

THE DEFENDANT/S  AT
26 DANA RD
MONSEY NY 10952

THIS BEING THE LAST KNOWN RESIDENCE
OF THE DEFENDANT/S.
   MORE THAN 20 DAYS HAVE ELAPSED
SINCE THEN, AND THE SUMMONS SO
MAILED HAS NOT BEEN RETURNED BY THE
USPO AS UNDELIVERABLE.
I AFFIRM THE SUMMONS AND COMPLAINT
AND AFFIDAVIT (OR ACKNOWLEDGMENT)
HAVE BEEN FILED IN THIS COURT UNDER
THE ABOVE INDEX #.

DATED: 3/10/15           /s/ JOEL D. LEIDERMAN
FORSTER & GARBUS LLP, ATTYS FOR PLTF
60 MOTOR PKWY, COMMACK, NY 631-393-9400