LAW OFFICES OF
## ALLEN A. KOLBER, ESQ.
134 ROUTE 59, SUITE A
SUFFERN,, NEW YORK 10901
TELEPHONE: (845) 918-1277
FACSIMILE: (845) 369-1618
e-mail: aKolber@Kolberlegal.com

December 4, 2019

**Via ECF**

Honorable Sean H. Lane
U.S. Bankruptcy Court, SDNY
300 Quarropas Street, White Plains, NY 10601

>  Re: **Debtor: Philip Gottdenger**
>  **Chapter 13**
>  **U.S. Bankruptcy Court, SDNY – Case No. 19-22118(shl)**

## STATUS REPORT

Honorable Sir:

This office represents the Debtor, Philip Gottdenger, in the above referenced Bankruptcy case.

A Confirmation hearing is scheduled for December 11, 2019.

**Termination of Loss Mitigation and Short Sale:**

Loss Mitigation was terminated in this matter and the Debtor and the bank have been negotiating a Short Sale of the residential property.

An appraisal by the bank was conducted in September of 2019, and the Debtor's broker has disputed the value with Fannie Mae and hopes to be able to reach a reasonable number reflecting the property's true value.

The Debtor also has an amended Motion on December 11, 2019 to strip judicial liens regarding the residential property.

> Respectfully submitted,
> LAW OFFICES OF ALLEN A. KOLBER, ESQ.
>
> By: */s/Allen A. Kolber*
> Allen A. Kolber

AAK/sb
cc: Krista M. Preuss, Esq. **(via ECF)**
  Ch. 13 Trustee

  Elizabeth Doyaga, Esq. **(via ECF)**
  Frenkel, Lambert, Weiss, Weisman & Gordon, LLP
  Attorneys for Wells Fargo Bank, N.A.

  Philip Gottdenger (via email)